UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 OCT 23 AM 10:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **GRACE NA (3),** <br><br> Defendant. | CASE NO. 03-CR-1011-J <br><br> **APPLICATION AND ORDER TO FURTHER CLARIFY RESTITUTION ORDERED ON ORIGINAL JUDGEMENT** |

**APPLICATION**

The Clerk of Court has received and is ready to begin the process to disburse funds to the victims provided by the United States Attorneys Office as part of the Judgement dated April 18, 2006, amended April 20, 2006 and order to clarify dated March 30, 2009.

The Judgment orders the defendant to pay restitution in the amount of $13,021,285.00 and order to clarify in the amount of $12,871,285.00. The victims' loss when individual losses are added together on the list attached to the Judgment totals $12,891,285.00. The result is that the total amount owed to the victims is less than the original restitution ordered but more than the order to clarify. This makes disbursement impossible without further guidance from the court.

To facilitate the disbursement of the funds on hand and any future funds received, we propose the following:

   - The total restitution ordered for defendant Na will be changed to match the amount of the loss by her victims. This amount will be $12,891,285.00.

This change affects only the amount of restitution owed by the defendant to match the amount of loss incurred by her victims. No other changes are implied.

The Clerk of Court respectfully requests the Court's clarification so the distribution of funds can be made in accordance with the Court's intent.

**ORDER**

Good cause appearing and to clarify the Court's intent in the original Judgment, the Court Orders the Clerk of Court to disburse restitution as follows:

- The total restitution ordered for defendant Na will be changed to match the amount of the loss by her victims. This amount will be $12,891,285.00.

This change affects only the amount of restitution owed by the defendant to match the amount of loss incurred by her victims. No other changes are implied.

9-29-09
Date

Hon. Napoleon A. Jones, Jr.
United States District Judge